1  STUART BARASCH
   California Bar #74108
2  925 - 41st Street, Suite 102
   Miami Beach, FL 33140-3337
3  310-673-8366
   800-445-2930
4  Fax 213-621-2536
   Email: SBLawOffice@aol.com
5
   Attorney for Plaintiff
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | YEE THAO,                              | CV F 05-0009-LJO
12 |                    Plaintiff,          |
13 | v.                                     | STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON
14 | JO ANNE B. BARNHART, Commissioner      |
15 | of Social Security,                    |
16 |                    Defendant.          |

17

18     Plaintiff Yee Thao ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social

19 Security ("Defendant"), through their undersigned counsel of record, **HEREBY STIPULATE**, subject

20 to the approval of the Court, to extend the time for Plaintiff to file and serve her Confidential Letter,

21 pursuant to numbered paragraph 3 of the Court's January 3, 2005 Scheduling Order ("Order"), to July

22 4, 2005; and that all other scheduling dates set forth in the Order shall be extended accordingly.

23 //
24 //
25 //
26 //
27 //
28
                                                    1

1 The reason for the within stipulation is as follows:

2 Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to file her confidential letter.

DATED: May 23, 2005         *S/ Stuart Barasch*
                            STUART BARASCH, Attorney for
                            Plaintiff Yee Thao

DATED: May 23, 2005         McGREGOR W. SCOTT
                            United States Attorney

                            *S/ Kristi C. Kapetan*
                            KRISTI C. KAPETAN
                            Assistant United States Attorney
                            Attorneys for Federal Defendant
                            JO ANNE B. BARNHART, Commissioner of Social Security

IT IS SO ORDERED.

**Dated:   May 24, 2005**         **/s/ Lawrence J. O'Neill**
b9ed48                            UNITED STATES MAGISTRATE JUDGE

2