1  **STUART BARASCH**
California Bar #74108
2  925 - 41ST Street
Miami Beach, FL 33140
3  (305) 673-8366
(800) 445-2930
4  Fax (213) 621-2536
Email: sblawoffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| YEE THAO, | CASE NO. CV-F-05-0009-LJO |
|---|---|
| Plaintiff(s), | Hon. Lawrence J. O'Neill<br>United States Magistrate Judge |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | MOTION TO DISMISS THE COMPLAINT; AND PROPOSED ORDER |
| Defendant(s). | |

    PLEASE TAKE NOTICE that Plaintiff Yee Thao, through her attorney of record, petitions this Court to dismiss the complaint filed on January 3, 2005.  The reason for this motion, is that after a thorough review of the administrative record, plaintiff's counsel has come to the conclusion that this action lacks merit.  Plaintiff's has conferred with plaintiff, who has agreed to dismiss her complaint.  Attached hereto as exhibit "A" is plaintiff's acknowledgment to dismiss.

Dated:   June 27, 2005                            Respectfully submitted,

                                                          _S/ Stuart Barasch_
                                                          STUART BARASCH
                                                          Attorney for Plaintiff

# **ORDER**

On this date came on to be considered the Motion to Dismiss the Complaint. The Court is of the opinion that plaintiff's request should be **GRANTED**.

It is, therefore, **ORDERED** that plaintiff's complaint be dismissed.

**SIGNED** this _____ day of _____, 2005.

HON. LAWRENCE J. O'NEILL<br>
U.S. MAGISTRATE JUDGE

IT IS SO ORDERED.

**Dated:     June 27, 2005**          **/s/ Lawrence J. O'Neill**
b9ed48                              UNITED STATES MAGISTRATE JUDGE